CO-386-online
10/03

# United States District Court
# For the District of Columbia

Jefferson Wayne Schrader and )
Second Amendment Foundation, Inc. )
)
)
  vs   Plaintiff )   Civil Action No._____
)
Eric Holder, Jr. and FBI )
)
)
  Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Second Amendment Foundation, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Second Amendment Foundation, Inc.__ which have any outstanding securities in the hands of the public:

**None.**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_____
Signature

__453449__
BAR IDENTIFICATION NO.

__Alan Gura__
Print Name

__101 N. Columbus Street, Suite 405__
Address

__Alexandria__   __VA__   __22314__
City        State      Zip Code

__703.835.9085__
Phone Number