IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JEFFERSON WAYNE SCHRADER, et al., | ) | Case. No. 10-1736-RMC |
| | ) | |
| Plaintiffs, | ) | NOTICE OF STIPULATION |
| | ) | RE: FIRST AMENDED |
| v. | ) | COMPLAINT |
| | ) | |
| ERIC HOLDER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF STIPULATION RE: FIRST AMENDED COMPLAINT

Pursuant to the parties' agreement, this notice memorializes the following:

1.    Plaintiffs' complaint alleged, inter alia, a claim for relief under 18 U.S.C. § 925A against Defendants Attorney General Holder and the Federal Bureau of Investigation;

2.    Defendants' motion to dismiss alleges that the United States of America is the only party defendant to any claim for relief under 18 U.S.C. § 925A;

3.    Fed. R. Civ. Proc. 15(a)(1)(B) allows Plaintiffs to amend their complaint once as a matter of course, within 21 days of the service of a motion to dismiss;

4.    The parties are mindful of the Court's reluctance to alter the briefing schedule, and do not desire any alteration in the briefing schedule;

5.    As the amendment is only technical, there is no need to refile the motion to dismiss or alter the briefing schedule, which the parties deem applicable to the amended complaint.

Dated: February 18, 2011   Respectfully Submitted,

           Alan Gura (D.C. Bar No. 453449)
           Gura & Possessky, PLLC
           101 N. Columbus Street, Suite 405
           Alexandria, VA 22314
           703.835.9085/Fax 703.997.7665
           alan@gurapossessky.com

     By:  /s/ Alan Gura_____
        Alan Gura
        Attorney for Plaintiffs