IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFERSON WAYNE SCHRADER, et al., | ) |
| | ) Case No. 10-CV-1736-RMC |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| ERIC HOLDER, et al., | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT

Plaintiffs, Jefferson Schrader and the Second Amendment Foundation, Inc., by and through undersigned counsel, hereby cross-move for summary judgment against Defendants Eric Holder, Federal Bureau of Investigation, and the United States of America. As grounds therefor, Plaintiffs respectfully refer the Court to the accompanying Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss and in Support of Plaintiffs' Cross-Motion for Summary Judgment, Plaintiff's Separate Statement of Material Facts in Support of Plaintiffs' Cross-Motion for Summary Judgment, and Declaration of Jefferson Wayne Schrader.

Dated: March 11, 2011                    Respectfully submitted,

                                                                                                        Alan Gura (D.C. Bar No. 453449)
                                                                                                       Thomas M. Huff (D.C. Bar No. 978294)
                                                                                                        Gura & Possessky, PLLC
                                                                                                        101 N. Columbus Street, Suite 405
                                                                                                        Alexandria, VA 22314
                                                                                                        703.835.9085/Fax 703.997.7665

                                                                           By: /s/Alan Gura_____
                                                                                  Alan Gura

                                                                               Attorneys for Plaintiffs