**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JEFFERSON WAYNE SCHRADER, et al., | ) | |
| | ) | Case No. 10-CV-1736-RMC |
| Plaintiffs, | ) | |
| | ) | **DECLARATION OF** |
| v. | ) | **JEFFERSON WAYNE SCHRADER** |
| | ) | |
| ERIC HOLDER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF JEFFERSON WAYNE SCHRADER**

I, Jefferson Wayne Schrader, am competent to state, and declare the following based on
my personal knowledge:

1.     I am citizen of the United States and the State of Georgia. I was born in 1948.

2.     I wish to own firearms for the purpose of self-defense.

3.     I am not under indictment, have never been convicted of a felony or misdemeanor

crime of domestic violence, and am not a fugitive from justice. I am not an

unlawful controlled substance user or addict, and I have never been adjudicated as

mentally defective or been committed to a mental institution. I have never been

discharged from the Armed Forces under dishonorable conditions, and have never

renounced my citizenship. I have never been the subject of a restraining order

relating to an intimate partner.

4.     On or about July of 1968, I was enlisted in the United States Navy, and stationed

in Annapolis, Maryland. While walking peaceably in Annapolis, I was violently

attacked by a street gang claiming that I had entered their territory.

5.      On or about July 23, 1968, I was again walking peaceably in Annapolis, and

        encountered one of the men who had previously assaulted me. A dispute broke out

        between us, during which I punched him. A nearby police officer thereafter

        arrested me. My understanding is that I was arrested for assault and battery, and

        disorderly conduct, and that both were simple misdemeanor offenses.

6.      On or about July 31, 1968, I was found guilty of misdemeanor assault and battery.

        My understanding and recollection is that I was ordered to pay a $100 fine, plus

        court costs of $9. I paid the fine and court costs. I was not sentenced to any jail

        time.

7.      I was 20 years old at the time of my conviction.

8.      Following a tour of Vietnam, I was honorably discharged from the Navy. Other

        than one traffic infraction, I have not had any further police encounters except for

        the conduct of Defendants described below.

9.      On or about November 11, 2008, my companion attempted to purchase a shotgun

        for me as a gift. On or about January 14, 2009, I also ordered a handgun from a

        local firearms dealer in Georgia, which I planned to keep for self defense.

10.     The shotgun transaction was unsuccessful. I was informed that the National Instant

        Criminal Background Check ("NICS") computer system indicated that I was

        prohibited under federal law from purchasing firearms. The NICS transaction

        number for this attempted purchase is "(NPN)-1B18X2G."

11.   On June 3, 2009, the FBI sent me a letter and a document labeled "Criminal

      History Record." The letter stated that the FBI had based a "denial decision" of

      my attempted shotgun transaction on 18 U.S.C. § 922(g)(1) due to my 1968

      Maryland misdemeanor assault conviction. A copy of this correspondence is

      attached as Exhibit A.

12.   A short time later, I was contacted by Agent Lance Greer and told that I must

      dispose of or surrender any firearms I might possess or face criminal prosecution.

      As a result, I did not complete the purchase or otherwise take possession of the

      handgun I had ordered.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of March, 2011.


Jefferson Wayne Schrader