

U. S. Department of Justice

Federal Bureau of Investigation

Clarksburg, WV 26306

June 3, 2009

Mr. J. W. Schrader
874 Chattahoochee Acres Drive
Cleveland, GA  30528

    SUBJECT:  Firearm Denial Appeal Review
                  National Instant Criminal Background
                  Check System (NICS) Transaction
                  Number (NTN)-1B18X2G

Dear Mr. Schrader:

       The fingerprints you submitted are identical with those in a record that was used to deny your firearm purchase or pawn redemption.  A copy of your FBI identification record is enclosed for your review.  Unless additional materials in the form of certified court documentation are submitted, we are unable to reverse our original denial decision.  Your denial indicates that you have been matched with the following federally prohibitive criteria under Title 18, United States Code, Sections 921(a)(20) and 922(g)(1):  A person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year or any state offense classified by the state as a misdemeanor and is punishable by a term of imprisonment of more than two years.

       If you wish to challenge the accuracy of the record upon which the denial is based, **you may apply directly to the original submitting agency for correction of the record**.  The name and location of the agency that holds the denying record/information can be found on the enclosed copy of your FBI identification record in the highlighted area.  The address for that agency is as follows:

                      Annapolis Police Department
                      199 North Taylor Avenue
                      Annapolis, MD  21401
              Date of Arrest:  July 23, 1968
              Agency Case Number:  8292

Mr. J. W. Schrader

      If your record is corrected, the FBI Criminal Justice Information Services (CJIS) Division's NICS Section must be in receipt of a copy of the agency's correction before we can authorize the transfer of a firearm. You may direct your written challenge to the NICS Section; however, **it will not expedite your appeal**.

      To facilitate initial processing and eliminate unnecessary administration, once a disqualifier has been identified, the NICS Section Appeal Services Team (AST) will not review other records for additional disqualifiers. However, should your appeal be successful on the initially denied record, the AST will examine any additional records for disqualifying information which may result in sustaining the denial.

      Ensure all correspondence/submissions contain your NTN. Failure to do so will only delay your appeal.

      If you have any questions regarding this communication, you may contact the NICS Customer Service at 1-877-444-6427.

                                NICS Section
                                CJIS Division

Enclosure

```
************************ CRIMINAL HISTORY RECORD ***********************
DATA AS OF                2009-06-02
*************************** INTRODUCTION *******************************
THIS RAP SHEET WAS PRODUCED IN RESPONSE TO THE FOLLOWING REQUEST:
FBI NUMBER                517490G
STATE ID NUMBER           GA3383157T (GA)
REQUEST ID                2202210255
PURPOSE CODE              F
ATTENTION                 D091530837220221025588102057
THE INFORMATION IN THIS RAP SHEET IS SUBJECT TO THE FOLLOWING CAVEATS:
**THIS RESPONSE IS BEING PRODUCED FOR YOUR REQUEST SENT: 2009-06-02
(GA; 2007-08-11)
IMPORTANT! CRIMINAL HISTORY RECORD INFORMATION IS OBTAINED ONE OF TWO
WAYS: 1) BY CONDUCTING AN INQUIRY USING PERSONAL IDENTIFIERS SUCH AS
NAME AND DATE OF BIRTH (NAME SEARCH), OR 2) BY SUBMITTING FINGERPRINT
CARDS TO THE GEORGIA CRIME INFORMATION CENTER (GCIC). WHEN CONDUCTING A
NAME SEARCH FOR CRIMINAL HISTORY RECORD INFORMATION, THERE IS A
POSSIBILITY THAT THE INFORMATION RETURNED BELONGS TO A DIFFERENT PERSON
WITH THE SAME, OR SIMILAR, IDENTIFIERS. IN THIS CASE, A POSITIVE MATCH
OF THE PERSON WHOSE CRIMINAL HISTORY RECORD IS SOUGHT REQUIRES
SUBMISSION OF FINGERPRINT CARDS TO GCIC. WHEN CONDUCTING A FINGERPRINT
SEARCH FOR CRIMINAL HISTORY RECORD INFORMATION, THE INFORMATION
RETURNED DOES, IN FACT, BELONG TO THE INDIVIDUAL. IN THIS CASE,
CONDUCTING A NAME SEARCH USING THE INDIVIDUAL'S PERSONAL IDENTIFIERS
WOULD BE THE SAME INFORMATION. (GA; 2007-08-11)
WHEN THE INFORMATION CONTAINED IN A CRIMINAL HISTORY REPORT CAUSES AN
ADVERSE EMPLOYMENT OR LICENSING DECISION THE INDIVIDUAL, BUSINESS OR
AGENCY MAKING THE DECISION MUST INFORM THE APPLICANT OF ALL INFORMATION
PERTINENT TO THE DECISION. THE DISCLOSURE MUST INCLUDE INFORMATION THAT
A CRIMINAL HISTORY RECORD CHECK WAS CONDUCTED, THE SPECIFIC CONTENTS OF
THE RECORD AND THE EFFECT THE RECORD HAD UPON THE DECISION. FAILURE TO
PROVIDE ALL SUCH INFORMATION TO THE PERSON SUBJECT TO THE ADVERSE
DECISION IS A MISDEMEANOR OFFENSE UNDER GEORGIA LAW. ADDITIONALLY, ANY
UNAUTHORIZED DISSEMINATION OF THIS RECORD OR INFORMATION HEREIN ALSO
VIOLATES GEORGIA LAW. (GA; 2007-08-11)
IN THE EVENT THAT IDENTIFIERS ARE NOT CLEARLY ASSOCIATED TO A SPECIFIC
CYCLE, THE INFORMATION IS MOST LIKELY NON-FINGERPRINT BASED INFORMATION
RECEIVED FROM THE DEPARTMENT OF CORRECTIONS AT THE TIME OF RELEASE FROM
INCARCERATION. (GA; 2007-08-11)
************************** IDENTIFICATION ******************************
SUBJECT NAME(S)
SCHRADER, JEFFERSON WAYNE
SUBJECT DESCRIPTION
FBI NUMBER                STATE ID NUMBER
517490G                   GA3383157T (GA)
SOCIAL SECURITY NUMBER

SEX                       RACE
MALE                      WHITE
HEIGHT                    WEIGHT                    DATE OF BIRTH
5'09" (2006-02-15)        195 (2006-02-15)
HAIR COLOR                EYE COLOR
GRAY OR PARTIALLY GRAY (2006-02-15) BROWN (2006-02-15)
SCARS, MARKS, AND TATTOOS
CODE                      DESCRIPTION, COMMENTS, AND IMAGES
TAT R ARM                 TATTOO, TATTOO - ARM, RIGHT,
PLACE OF BIRTH
FLORIDA
CAUTION INFORMATION
FIREARMS DISQUALIFIED     FALSE
```

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV   26306

WVNICS000                                    ICN D0915308372202210255

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
                    - FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

NAME                              FBI NO.         DATE REQUESTED
SCHRADER,JEFFERSON WAYNE          517490G         2009/06/02

SEX   RACE   BIRTH DATE   HEIGHT   WEIGHT   EYES   HAIR
M     W                   509      165      BRO    BRO

BIRTH PLACE
FLORIDA

FINGERPRINT CLASS   PATTERN CLASS


1-ARRESTED OR RECEIVED 1968/07/23
    AGENCY-POLICE DEPARTMENT ANNAPOLIS (MD0020100)
      AGENCY CASE-8292
      CHARGE 1-A&B
      CHARGE 2-DIS

    COURT-
      CHARGE-A&B
      SENTENCE-
      7-31-68 GUILTY, $100 FINE & COST COMMITTED IN DEFAULT FOR 30 DAYS
      TO RUN CONSECUTIVE WITH COM #1, 8-2-68 $109 PAID

RECORD UPDATED 2009/06/01




ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR OFFICIAL
USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.
HDR/2L01881020561
ATN/D091530837220221025588102057