UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFERSON WAYNE SCHRADER and )<br>SECOND AMENDMENT FOUNDATION, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ERIC HOLDER, Attorney General, and )<br>FEDERAL BUREAU OF INVESTIGATION, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 10-1736 (RMC) |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE / REPLY**

Defendants Eric Holder, Attorney General of the United States, and the Federal Bureau of Investigation, respectfully move the Court pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure for additional time to file their combined reply in support of motion to dismiss and response to Plaintiffs' Cross-Motion For Summary Judgment. In the original briefing schedule entered by the Court, Defendants' next (and final) submission is due on April 7, 2011. Defendants now request that the deadline be extended until April 28, 2011 for the reasons set forth below. Plaintiffs, through their counsel, graciously consent to this relief and have suggested May 12, 2011 as the date for filing Plaintiffs' Reply.[1]

This case involves claims that certain gun control provisions violate the Second Amendment and presents questions not previously addressed in this Circuit. Defendants moved

---

[1] The time being requested in this motion presumes that a shutdown or interruption of the operations of the federal government during the month of April, 2011 (based on the absence of an agreement in Congress for appropriating funds for its operations), if any, will be brief. Counsel for the parties have discussed the impact this contingency may have on this case.

to dismiss this case on January 31, 2011.  Plaintiffs opposed that motion and filed a cross-motion for summary judgment on March 11, 2011.  Plaintiffs had not previously indicated an intention to file a cross-motion when counsel for the parties proposed a briefing schedule to the Court.  Consequently, the time initially allotted only for Defendants to file a reply now must also include responding to a substantive motion addressing new issues and evidence.  Since Plaintiffs filed their opposition and cross-motion, undersigned counsel has been unable to spend sufficient time on this case to meet the current deadline.  In particular, counsel filed briefs in the D.C. Circuit on March 14 and March 22 in two different cases (*Moore III v. Central Intelligence Agency*, No. 10-5248, and *Khaksari v. Chairman, Broadcasting Bd. Of Governors*, No. 10-5084), and has been working diligently on two active Freedom of Information Act cases pending in the District Court (*Kellogg, Brown & Root, Inc. v. Department of Defense*, Civil Action No. 10-414 (JDB) & *International Liquid Terminals Ass'n v. Department of Homeland Security*, Civil Action No. 10-1803 (RWR)).  In addition, preparation of submissions in this case also require substantial extra time for coordinating with other government counsel.  To maintain consistency in the government's position in this case with that taken in other Second Amendment cases in other jurisdictions, and because the issues presented are somewhat novel and sensitive, the U.S. Attorney's Office is coordinating closely with various attorneys at the Main Justice Department and the Bureau of Alcohol, Tobacco , Firearms and Explosives.

      The time being requested also takes into account the need for undersigned counsel with daily responsibility for this matter to continue handling an active docket of cases, including of special note, preparing for and arguing a case in the D.C. Circuit on April 18, 2011.  This case,

*Anderson v. Holder*, No. 10-5097, involves constitutional challenges to the District of Columbia's Sex Offender Registration Act.

Ultimately in a case of this complexity and significance, allowing Defendants a reasonable amount of additional time to react to an unexpected development (the filing of Plaintiffs' cross-motion) is fair.  For both the Court and the parties, thorough and comprehensive submissions from Defendants should assist in the resolution of the case.

WHEREFORE, Defendants respectfully request that the time for filing their reply and a response to Plaintiffs' Cross-Motion for Summary Judgment be extended through and including April 28, 2011.  Defendants further suggest that the Court should set Plaintiffs' reply to be filed on May, 12, 2011.

Dated: April 4, 2011.

                                          Respectfully submitted,

                                          RONALD C. MACHEN JR., D.C. BAR # 447889
                                          United States Attorney

                                          RUDOLPH CONTRERAS, D.C. BAR # 434122
                                          Civil Chief

By:   /s/ *Jane M. Lyons*
        JANE M. LYONS, D.C. Bar. # 451737
        Assistant United States Attorney
        555 Fourth St., N.W. - Room E4104
        Washington, D.C.  20530
        Phone: (202) 514-7161
        Fax: (202) 514-8780
        jane.lyons@usdoj.gov