# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFERSON WAYNE SCHRADER and ) <br> SECOND AMENDMENT FOUNDATION, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ERIC HOLDER, Attorney General, ) <br> FEDERAL BUREAU OF INVESTIGATION, and ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 10-1736 (RMC) |

## DEFENDANTS' OPPOSITION TO
## PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT

Defendants oppose Plaintiffs' Cross-Motion for Summary Judgment, ECF No. 9, for the reasons set forth in Defendants' Reply in Support of Motion to Dismiss and Opposition to Plaintiffs' Cross-Motion for Summary Judgment being filed simultaneously herewith. In support of their opposition, Defendants are submitting a response to Plaintiffs' Statement of Undisputed Facts and Statement of Genuine Issues and the Declaration of William L. Finch of the Federal Bureau of Investigation.

Dated: April 7, 2011.

                                             Respectfully submitted,

                                             RONALD C. MACHEN JR., D.C. BAR # 447889
                                             United States Attorney

                                             RUDOLPH CONTRERAS, D.C. BAR # 434122
                                             Civil Chief

Case 1:10-cv-01736-RMC   Document 12   Filed 04/07/11   Page 2 of 2

By:   /s/ *Jane M. Lyons*
JANE M. LYONS, D.C. Bar. # 451737
Assistant United States Attorney
555 Fourth St., N.W. - Room E4104
Washington, D.C. 20530
Phone: (202) 514-7161
Fax: (202) 514-8780
jane.lyons@usdoj.gov

<s>-2-</s>

-2-