AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Jefferson Wayne Schrader, et al.  )
*Plaintiff*  )
v.  )   Case No.   10-CV-1736-RMC
Eric Holder, et al.  )
*Defendant*  )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Jefferson Wayne Schrader, et al.

Date:   04/15/2011

*Attorney's signature*

Thomas M. Huff, DC Bar No. 978294
*Printed name and bar number*

Gura & Possessky, PLLC
101 N. Columbus Street, Suite 405
Alexandria, VA 22314
*Address*

tom@gurapossessky.com
*E-mail address*

(703) 728-1673
*Telephone number*

(703) 997-7665
*FAX number*