**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JEFFERSON WAYNE SCHRADER, et al., | ) |
| | ) Case No. 10-CV-1736-RMC |
| Plaintiffs, | ) |
| | ) **SECOND DECLARATION OF** |
| v. | ) **JEFFERSON WAYNE SCHRADER** |
| | ) |
| ERIC HOLDER, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**<u>SECOND DECLARATION OF JEFFERSON WAYNE SCHRADER</u>**

I, Jefferson Wayne Schrader, am competent to state, and declare the following based on my personal knowledge:

1.      I filed this lawsuit because I presently intend to purchase and possess a handgun and long gun for self-defense within my own home. I am prevented from doing so only by the Defendants in this case, who have twice denied my attempts to obtain such firearms, and who have advised me that federal law disqualifies me from purchasing or possessing such firearms.

2.      As I stated in my *Declaration of Jefferson Wayne Schrader* [Dkt. # 9-1], I attempted in November of 2008 to obtain a shotgun and in January of 2009 to obtain a handgun. I planned to keep both of these firearms in my home for self-defense.

3.      My November 2008 effort to obtain a shotgun to keep in my home for self-defense was ultimately unsuccessful and denied by the Defendants. I was informed by the FBI that the National Instant Criminal Background Check ("NICS") computer system indicated that I was prohibited under federal law from purchasing firearms, and that the FBI had made a "denial decision" of my shotgun transaction. Based on a letter the FBI sent me, I had originally

understood the relevant NICS transaction number associated with this denial decision to be

"(NPN)-1B18X2G." (Dkt. # 9-1, ¶ 2 & Exh. A). I have reviewed paragraph 5 of the FBI's

*Declaration of William L. Finch* [Dkt. # 12-2], and I understand it claims the relevant NICS

transaction number to be "(NPN)-18N4NJ8." Regardless, I subsequently disposed of this

shotgun, and it is no longer in my possession.

4.      My January 2009 effort to obtain a handgun to keep in my home for self-defense

was also ultimately unsuccessful and denied by the Defendants. I had ordered this handgun from

a local firearms dealer in Georgia. But because the FBI subsequently advised me that I was

prohibited from possessing a firearm, I did not complete the purchase or otherwise take

possession of the handgun. I also understand from paragraphs 6-8 of the FBI's *Declaration of*

*William L. Finch* [Dkt. # 12-2] that the FBI issued a denial decision of this attempted handgun

purchase, and that the associated NICS transaction number was "(NPN)-1B18X2G."


I declare under penalty of perjury that the foregoing is true and correct.

Executed this *19* day of April, 2011.


Jefferson Wayne Schrader