**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JEFFERSON WAYNE SCHRADER, et al., ) | |
| ) | Case No. 10-CV-1736-RMC |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| ERIC HOLDER, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### **[PROPOSED] ORDER**

This matter came before the Court on Plaintiffs' Motion to Amend their Complaint.

The motion is GRANTED.

The proposed Second Amended Complaint shall be filed.

SO ORDERED.

This the ____ day of _____, 2011.


_____
The Hon. Rosemary M. Collyer
United States District Judge



Copies to:
ECF Counsel