IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFERSON WAYNE SCHRADER, et al., | ) |
| | ) Case No. 10-CV-1736-RMC |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| ERIC HOLDER, et al., | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFFS' RENEWED CROSS-MOTION FOR SUMMARY JUDGMENT

Plaintiffs, Jefferson Schrader and the Second Amendment Foundation, Inc., by and through undersigned counsel, hereby renew their cross-motion for summary judgment against Defendants Eric Holder, Federal Bureau of Investigation, and the United States of America. As grounds therefor, Plaintiffs respectfully refer the Court to the accompanying Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss the Second Amended Complaint and in Support of Plaintiffs' Renewed Cross-Motion for Summary Judgment, Plaintiffs' Separate Statement of Material Facts in Support of Plaintiffs' Renewed Cross-Motion for Summary Judgment, and the Declaration of Jefferson Wayne Schrader.

Dated: July 1, 2011                    Respectfully submitted,

                                                            Alan Gura (D.C. Bar No. 453449)
                                                            Thomas M. Huff (D.C. Bar No. 978294)
                                                            Gura & Possessky, PLLC
                                                            101 N. Columbus Street, Suite 405
                                                            Alexandria, VA 22314
                                                            703.835.9085/Fax 703.997.7665

                                           By:  /s/ Thomas M. Huff
                                                           Thomas M. Huff

                                                           Attorneys for Plaintiffs