**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JEFFERSON WAYNE SCHRADER, et al., ) | |
| ) | Case No. 10-CV-1736-RMC |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| ERIC HOLDER, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**[PROPOSED] ORDER**

This matter came before the Court on Defendants' Motion to Dismiss the Second Amended Complaint and Plaintiffs' Renewed Cross-Motion for Summary Judgment. There being no issue of material fact, and as Plaintiffs are entitled as a matter of law, the Court hereby DENIES Defendants' Motion to Dismiss the Second Amended Complaint and GRANTS Plaintiffs' Renewed Cross-Motion for Summary Judgment.

Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of the injunction, are ORDERED to withdraw their record pertaining to Plaintiff Jefferson Wayne Schrader from the National Instant Criminal Background Check ("NICS") database, per 18 U.S.C. § 925A.

Defendants, their officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of the injunction, are PERMANENTLY ENJOINED from enforcing 18 U.S.C. § 922(g)(1) on the basis of convictions for simple common law misdemeanor offenses that carry no statutory no statutory penalties. Such enforcement is declared to be unconstitutional as applied.

SO ORDERED.

This the ____ day of _____, 2011.

                                                  _____
                                                  The Hon. Rosemary M. Collyer
                                                  United States District Judge

Copies to:
ECF Counsel