UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFERSON WAYNE SCHRADER and ) <br> SECOND AMENDMENT FOUNDATION, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ERIC HOLDER, Attorney General, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 10-1736 (RMC) |

### DEFENDANTS' CONSENT MOTION TO FILE COMBINED REPLY AND OPPOSITION ON AUGUST 19, 2011

Defendants, Eric Holder, Attorney General of the United States, the Federal Bureau of Investigation, and the United States of America, respectfully move the Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure to set August 19, 2011 as the due date for defendants to file a combined Reply in support of defendants' renewed motion to dismiss and Opposition to plaintiffs' renewed motion for summary judgment. Plaintiffs, through their counsel, graciously consent to this relief.

This case involves claims that certain gun control provisions violate the Second Amendment, and presents questions not previously addressed in this Circuit. On May 27, 2011, following the completion of briefing on the parties' respective dispositive cross-motions, the Court granted leave for plaintiffs to file a Second Amended Complaint and denied the pending motions without prejudice. In response to the Second Amended Complaint, defendants renewed their motion to dismiss this case on June 17, 2011. Plaintiffs opposed dismissal and renewed their cross-motion for summary judgment in a combined filing on July 1, 2011. Under the Court's Local Civil Rules and the Federal Rules of Civil Procedure, defendants' response to

plaintiffs' combined opposition/cross-motion is due on July 18, 2011.  *See* Fed. R. Civ. P. 6(d); LCvR 7(b) & (d).

The preparation of defendants' submissions in this case requires substantial additional time for coordinating with other government counsel.  To maintain consistency in the government's position in this case with that taken in other Second Amendment cases in other jurisdictions, and because the issues presented are both novel and sensitive, the U.S. Attorney's Office must coordinate closely with various attorneys at the Main Justice Department and the Bureau of Alcohol, Tobacco , Firearms and Explosives.

Unfortunately, the Assistant United States Attorney with principal responsibility for this case has had to be out of the Office for much of the past week due to the sudden and unexpected death of one of her parents.  As a result of defendants' counsel's unavailability, the preparation of defendants' combined reply/opposition, as well as all other matters on counsel's active docket, has been unavoidably delayed.  Moreover, because of her need to attend to a variety of family affairs in the immediate future, it is currently uncertain how soon defendants' counsel will be able to resume her normal work schedule.  Therefore, in order to assure sufficient time for the preparation of defendants' combined reply/opposition and the attendant intra-government consultations that must occur prior to approval for filing, defendants request that the due date for the reply/opposition be extended to and including August 19, 2011.

The additional time requested is reasonable in view of the unexpected and personally difficult circumstances that have caused defendants' counsel's unavailability during the past week and for the immediate future.  This is a complex and significant case, and allowing the

additional time to enable defendants to provide a thorough and comprehensive reply/opposition will assist the Court in its resolution.

WHEREFORE, defendants respectfully request that the due date for their combined reply/opposition be extended to and including August 19, 2011.

Dated: July 15, 2011.

        Respectfully submitted,

        RONALD C. MACHEN JR., D.C. BAR # 447889
        United States Attorney

        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Civil Chief

By:   /s/ *Jane M. Lyons*
        JANE M. LYONS, D.C. Bar. # 451737
        Assistant United States Attorney
        555 Fourth St., N.W. - Room E4104
        Washington, D.C. 20530
        Phone: (202) 514-7161
        Fax: (202) 514-8780
        jane.lyons@usdoj.gov