# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFERSON WAYNE SCHRADER and ) <br> SECOND AMENDMENT FOUNDATION, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ERIC HOLDER, Attorney General, ) <br> FEDERAL BUREAU OF INVESTIGATION, and ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 10-1736 (RMC) |

### DEFENDANTS' OPPOSITION TO PLAINTIFFS' RENEWED CROSS-MOTION FOR SUMMARY JUDGMENT

Defendants oppose Plaintiffs' Renewed Cross-Motion for Summary Judgment, ECF No. 22, for the reasons set forth in Defendants' Reply in Support of Motion to Dismiss and Opposition to Plaintiffs' Renewed Cross-Motion for Summary Judgment being filed simultaneously herewith. In support of their opposition, Defendants are submitting a response to Plaintiffs' Statement of Undisputed Facts and Statement of Genuine Issues. Defendants also rely on and incorporate the Declaration of William L. Finch of the Federal Bureau of Investigation, which was filed with the Court on April 7, 2011. *See* ECF No. 12-2.

Dated: August 19, 2011.

                                            Respectfully submitted,

                                            RONALD C. MACHEN JR., D.C. BAR # 447889
                                            United States Attorney

                                            RUDOLPH CONTRERAS, D.C. BAR # 434122
                                            Civil Chief

By:   /s/ *Jane M. Lyons*
JANE M. LYONS, D.C. Bar. # 451737
Assistant United States Attorney
555 Fourth St., N.W. - Room E4104
Washington, D.C.  20530
Phone: (202) 514-7161
Fax: (202) 514-8780
jane.lyons@usdoj.gov