UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JEFFERSON WAYNE SCHRADER** *et al.*  )<br>)<br>**Plaintiffs,**  )<br>)<br>v.  )<br>)<br>**ERIC HOLDER, Attorney General,** *et al.*,  )<br>)<br>**Defendants.**  )<br>) | Civil Action No. 10-1736(RMC) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is:

**ORDERED** that Defendants' motion to dismiss [Dkt. # 20] is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiffs' motion for summary judgment [Dkt. # 21] is **DENIED**; and it is

**FURTHER ORDERED** that the case is **DISMISSED**. This is a final appealable order. *See* Fed. R. App. P. 4(a). This case is closed.

Date: December 23, 2011

/s/
ROSEMARY M. COLLYER
United States District Judge