IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFERSON WAYNE SCHRADER, et al., | ) |
| | ) Case No. 10-CV-1736-RMC |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| ERIC HOLDER, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

### NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Jefferson Wayne Schrader and Second Amendment Foundation, Inc., plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the memorandum opinion and final order [Dkt. 31], granting Defendants' motion to dismiss, denying Plaintiffs' motion for summary judgment, and dismissing this case, entered on the 23rd day of December, 2011.

Dated: December 23, 2011          Respectfully submitted,

                                              Alan Gura
                                              GURA & POSSESSKY, PLLC
                                              101 N. Columbus Street, Suite 405
                                              Alexandria, VA 22314
                                              703.835.9085/Fax 703.997.7665

                                    By: /s/ Alan Gura
                                             Alan Gura
                                             Attorney for Plaintiffs